# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | :    Mag. No. 13-2550 (DEA) |
| -against- | :    **BAIL MODIFICATION CONSENT ORDER** |
| SIMCHA BULMASH, et al., | : |
| Defendants. | : |

Defendant SIMCHA BULMASH having been arrested on a criminal complaint charging him with conspiracy to kidnap, in violation of Title 18, United States Code, Section 1201(c); and the defendant having appeared before the Court for an initial appearance on October 10, 2013; and having been released on October 18, 2013, to Home Incarceration and electronic monitoring and subject to the supervision of Pretrial Services of the Eastern District of New York; and the defendant having submitted an application to this Court for an order modifying his bail conditions; and with no objection from the United States:

IT IS on this 21st day of January, 2014,

ORDERED that Simcha Bulmash is no longer subject to Home Incarceration as a condition of his pretrial release; and it is

FURTHER ORDERED that Simcha Bulmash is subject to Home Detention with continued electronic monitoring and subject to the supervision of Pretrial Services of the Eastern District of New York. Mr. Bulmash is restricted to his residence at all times except for the following activities as approved by Pretrial Services: employment, education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-

ordered obligations; or other activities pre-approved by the pretrial services office or supervising officer.

All other remaining conditions of Defendant's pretrial release remain in effect.

SEEN AND AGREED:

_____
Sarah Wolfe
Assistant United States Attorney

_____
Robert C. Gottlieb
Attorney for Defendant Simcha Bulmash

_____
Hon. Douglas E. Arpert
United States Magistrate Judge